UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael John Bui, | Civil No. 08-2356 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| Team Personnel Services, Inc., Department of Employment and Economic Development, Muehlberg, Judge of the Court of Appeals, | |
| Defendants. | |

The above-entitled matter came before the Court upon the June 20, 2008, Report and Recommendation of the United States Magistrate Judge Jeanne J. Graham and the Objections thereto.

The undersigned has reviewed de novo the entire file and concludes that Judge Graham's recommended disposition is fully supported by the record before her and applicable legal principles.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

 1. The Objections (Doc. No. 4) are **OVERRULED;**

 2. The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

 3. Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 2) is **DENIED**; and

    4.  This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated:  July 14, 2008

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge